**Joyce R. FUNAI, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3284.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2004.

Ronald G. Morgan, Principal Attorney, Robert E. Kirschman, Jr., David M. Cohen, of Counsel, Washington, DC, Respondent.

Clayton C. Ikei, Principal Attorney, Law Offices of Clayton C. Ikei, Honolulu, HI, for Petitioner.

## ON MOTION

### *ORDER*

Joyce R. Funai moves to voluntarily dismiss her petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the court's September 17, 2004 order is vacated, and this petition for review is voluntarily dismissed.